**CONNERS MARINE CO., Appellant, v. MANHATTAN LIGHTERAGE CO., Appellee.**

**AMERICAN MOLASSES CO., Appellee, v. THE SEATRAIN HAVANA, Seatrain Lines, Inc., Appellee, Conners Marine Co., Inc., Appellant.**

No. 457.

Circuit Court of Appeals, Second Circuit.

July 6, 1937.

Thomas A. McDonald, of New York City, for appellant.

Burlingham, Veeder, Clark & Hupper and John L. Galey, all of New York City, for Manhattan Lighterage Co.

Kirlin, Campbell, Hickox, Keating & McGrann and Edwin Sere Murphy, all of New York City, for the Seatrain Havana and Seatrain Lines, Inc.

Carter, Ledyard & Milburn, of New York City, for American Molasses Co.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (16 F.Supp. 22), affirmed.